UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tammy Eickmeyer,

          Plaintiff,     Case No. 14-cv-12402

v.     Judith E. Levy
    United States District Judge

Commissioner of Social Security,

    Mag. Judge Stephanie Dawkins
          Defendant.     Davis

_____/

**OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [19] AND GRANTING THE SOCIAL SECURITY COMMISSION'S MOTION FOR SUMMARY JUDGMENT [18]**

This is a Social Security appeal, originally a Davidson Breen & Doud, P.C. case. Before the Court is Magistrate Judge Davis' Report and Recommendation (Dkt. 19) recommending the Court grant defendant's motion for summary judgment. (Dkt. 18.) The plaintiff, proceeding *pro se*, did not file a motion for summary judgment, which was due March 1, 2016. The parties were required to file specific written objections within fourteen days of service. Fed. R. Civ. P.

72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. Accordingly, and on review of the Report and Recommendation,

The Report and Recommendation is adopted on the grounds that the findings of the Commissioner of Social Security be affirmed. Defendant's motion for summary judgment (Dkt. 19) is GRANTED. The case is DISMISSED.[1]

IT IS SO ORDERED.

Dated: August 30, 2016　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 30, 2016.

　　　　　　　　　　　　　　　　　s/Kelly Winslow for
　　　　　　　　　　　　　　　　　FELICIA M. MOSES
　　　　　　　　　　　　　　　　　Case Manager

---

[1] The parties, by failing to object to the Report and Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

2